SCOTT MCKAY
Idaho State Bar #4309
Nevin, Benjamin, McKay & Bartlett LLP
303 West Bannock Street
Boise, Idaho 83702
Telephone: 208.343.1000
Facsimile 208.345.8274
smckay@nbmlaw.com

GERARD B. SCHNELLER (*pro hac vice* application pending)
Wilkins Schneller Law, LLC
1926 Chouteau Ave.
St. Louis, Missouri  63103
Telephone:  (314) 588-8000
Facsimile: (844) 27206236
Schneller@midwesttriallawyers.com

Attorneys for Defendant Omega
Demolition Corporation (James
McWorthey, real party in interest)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ADMIRAL INSURANCE COMPANY, | ) ) ) | Case No. 2-15-cv-00413 |
| Plaintiff, | ) ) | **OMEGA DEMOLITION CORPORATION'S MOTION TO DISMISS FOR LACK OF** |
| v. | ) ) | **PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2), FEDERAL RULES OF** |
| OMEGA DEMOLITION CORPORATION (JAMES W. MCWORTHEY, real party in Interest), | ) ) ) ) | **CIVIL PROCEDURE OR, IN THE ALTERNATIVE, TO TRANSFER UNDER 28 U.S.C. § 1631, OR TO TRANSFER UNDER 28 U.S.C. § 1404(a)** |
| Defendant. | ) ) ) | |

COMES NOW DEFENDANT OMEGA DEMOLITION CORPORATION (James

McWorthey, real party interest) ("Omega"), and for its Motion states:

1

1. Omega moves this Court to dismiss the Complaint for lack of personal jurisdiction pursuant to Rule 12 (b)(2), Federal Rules of Civil Procedure, for the reasons set forth in Omega Demolition Corporation's Memorandum of Law in Support of It's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Under 28 U.S.C. § 1631, or to Transfer Under 28 U.S.C. § 1404 (a) ("Memorandum in Support of Motion to Dismiss"). This Motion to Dismiss is also based on the Affidavit of Charles Gerage and the Affidavit of Gerard P. Schneller.

2. Omega incorporates its Memorandum In Support of Motion to Dismiss, the Affidavit of Charles Gerage, and the Affidavit of Gerard P. Schneller by reference into this Motion to Dismiss as if fully set forth herein.

3. In the alternative, Omega moves this Court to transfer this action to the Northern District of Illinois pursuant to 28 U.S.C. § 1631.

4. In the alternative, Omega moves this Court to transfer this action to the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a).

WHEREFORE, Omega respectfully prays this Honorable Court to enter its order dismissing the Complaint herein for lack of personal jurisdiction pursuant to Rule 12 (b)(2), Federal Rules of Civil Procedure or, in the alternative, to enter its order transferring this action to the Northern District of Illinois pursuant to 28 U.S.C. § 1631, or, in the alternative, to enter its order transferring this action to the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a).

Respectfully submitted,

NEVIN, BENJAMIN, MCKAY & BARTLETT LLP

/s/ Scott McKay

WILKINS SCHNELLER LAW, LLC

/s/ Gerard B. Schneller

Attorneys for Defendant Omega Demolition Corporation (James McWorthey, real party in interest)

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2015, I filed the foregoing **DEFENDANT OMEGA DEMOLITION CORPORATION'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURUSANT TO RULE 12 (b)(2), FEDERAL RULES OF CIVIL PROCEDURE OR, IN THE ALTERNATIVE, TO TRANSFER UNDER 28 U.S.C. § 1631, OR TO TRANSFER UNDER 28 U.S.C. § 1404(a), along with the Affidavit of Charles Gerage and the Affidavit of Gerard B. Schneller (with 5 Exhibits)** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

Jennifer M. Brennan
Litchfield Cavo, LLP
420 East South Temple, Suite 510
Salt Lake City, Utah 84111

jbrennan@litchfieldcavol.com

Attorneys for Plaintiff Admiral Insurance Company

/s/ Scott McKay
SCOTT MCKAY
Nevin, Benjamin, McKay & Bartlett LLP
303 West Bannock Street
Boise, Idaho 83702
Telephone: 208.343.1000
Facsimile 208.345.8274
smckay@nbmlaw.com

Attorneys for Defendant Omega Demolition Corporation (James McWorthey, real party interest)